# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

DALE P. DAVIS,

        Plaintiff,

v.

BRENDA POWERS, et al.

        Defendants.

NO. C08-5751 FDB/KLS

ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION FILING DEADLINE

Before the court is the parties' joint motion for extension of the dispositive motion filing deadline presently set as November 27, 2009. Dkt. 40. The parties request the extension as they are actively engaged in settlement negotiations.

Accordingly, it is **ORDERED:**

1) The dispositive motions deadline is extended until **January 29, 2010**.

2) The deadline for filing the joint status report shall be extended until **March 16, 2010**.

3) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  23rd  day of November, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge