**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DALE P. DAVIS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRENDA POWERS, et al.<br><br>　　　　　　　　　Defendants. | NO. C08-5751 FDB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

THIS MATTER having come before this Court on Defendants' Motion For Leave to File Overlength Brief (Dkt. 49); the Court having considered the files and records herein; and being in all matters fully advised,

It is **ORDERED**:

1.　Defendants' Motion for Leave to File Overlength Brief for ten additional pages (Dkt. 49) is **GRANTED.**

2.　The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  12th   day of January, 2010.

　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1