# United States District Court

WESTERN DISTRICT OF WASHINGTON

DALE P. DAVIS,,

       v.

BRENDA POWERS, *et al.*,

JUDGMENT IN A CIVIL CASE

No. C08-5751 RBL

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    Plaintiff's Motion for Judgment on the Pleadings (Dkt. 50) is **DENIED**; Defendants' Motion for Summary Judgment (Dkts. 52 and 60) is **GRANTED**

| May 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk